UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CENTRAL STATES, SOUTHEAST
AND SOUTHWEST AREAS PENSION
FUND, and ARTHUR H. BUNTE, JR.,

       Plaintiffs,

v.

SCHEEL'S CONCRETE, INC.,

       Defendant.

_____/

Case No. 12-mc-50917

Paul D. Borman
United States District Judge

Mona K. Majzoub
United States Magistrate Judge

**ORDER (1)ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION (Dkt. No. 38);
(2) GRANTING PLAINTIFFS' MOTION TO CONTINUE HEARING (Dkt. No. 28); and
(3) GRANTING IN PART PLAINTIFFS' MOTION FOR AN ORDER DIRECTING FORMSPEC TO DEPOSIT ALL PERIODIC PAYMENTS OWED TO SCHEEL'S WITH THE COURT (Dkt. No. 32)**

      Before the Court is Magistrate Judge Mona K. Majzoub's Report and Recommendation. (Dkt. No. 38.) The parties were served with the Report and Recommendation on July 22, 2013.

      Having reviewed the Report and Recommendation, and there being no timely objections from either party under 28 U.S.C. § 636(b)(1) and E.D. Mich L.R. 72.1(d), the Court **ADOPTS** the Magistrate Judge's Report and Recommendation, **GRANTS** Plaintiffs' Motion to Continue Hearing (Dkt. No. 28), and **GRANTS IN PART** Plaintiffs' Motion for an Order Directing Formspec to Deposit All Periodic Payments Owed to Scheel's With the Court (Dkt. No. 32).

      As recommended by the Magistrate Judge, the Court **ORDERS** that discovery in this matter will remain open through October 31, 2013. The Court further **ORDERS** that Formspec deposit the

monies and assets it holds for Scheel's benefit in a separate, interest-bearing account pending resolution of the priority dispute in this matter.

**IT IS SO ORDERED.**

        s/Paul D. Borman
        PAUL D. BORMAN
        UNITED STATES DISTRICT JUDGE

Dated: August 22, 2013

### CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on August 22, 2013.

        s/Deborah Tofil
        Case Manager